1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FRANKIE LON HICKS,                          No.  1:21-cv-01276-AWI-SKO (HC)

12              Petitioner,                       **ORDER ADOPTING FINDINGS AND**
                                                  **RECOMMENDATIONS (Doc. No. 17)**
13
14        v.                                      **ORDER DENYING PETITION FOR WRIT**
                                                  **OF HABEAS CORPUS, DIRECTING**
                                                  **CLERK OF COURT TO ENTER**
15   JIM ROBERTSON,                               **JUDGMENT AND CLOSE CASE, AND**
                                                  **DECLINING TO ISSUE CERTIFICATE**
16              Respondent.                       **OF APPEALABILITY**

17

18        Petitioner is a state prisoner proceeding in propria persona with a petition for writ of

19   habeas corpus pursuant to 28 U.S.C. § 2254.  On April 12, 2022, the Magistrate Judge assigned to

20   the case issued Findings and Recommendation to deny the petition on its merits.  (Doc. No. 17.)

21   This Findings and Recommendation was served upon all parties and contained notice that any

22   objections were to be filed within thirty (30) days from the date of service of that order.  To date,

23   no party has filed objections.

24        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a

25   de novo review of the case.  Having carefully reviewed the entire file, the Court concludes that

26   the Magistrate Judge's Findings and Recommendation is supported by the record and proper

27   analysis.

28        In addition, the Court declines to issue a certificate of appealability.  A state prisoner

                                                1

1    seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of

2    his petition, and an appeal is only allowed in certain circumstances.  *Miller-El v. Cockrell*, 537

3    U.S. 322, 335-336 (2003).  The controlling statute in determining whether to issue a certificate of

4    appealability is 28 U.S.C. § 2253, which provides as follows:

5         (a)      In a habeas corpus proceeding or a proceeding under section 2255 before a district
      judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit
6     in which the proceeding is held.

7         (b)      There shall be no right of appeal from a final order in a proceeding to test the
      validity of a warrant to remove to another district or place for commitment or trial a person
8     charged with a criminal offense against the United States, or to test the validity of such person's
      detention pending removal proceedings.
9
          (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may
10    not be taken to the court of appeals from—

11                 (A) the final order in a habeas corpus proceeding in which the detention
                   complained of arises out of process issued by a State court; or
12
                   (B) the final order in a proceeding under section 2255.
13
      (2) A certificate of appealability may issue under paragraph (1) only if the applicant has
14    made a substantial showing of the denial of a constitutional right.

15    (3) The certificate of appealability under paragraph (1) shall indicate which specific issue
      or issues satisfy the showing required by paragraph (2).
16

17        If a court denies a petitioner's petition, the court may only issue a certificate of

18    appealability when a petitioner makes a substantial showing of the denial of a constitutional right.

19    28 U.S.C. § 2253(c)(2).  To make a substantial showing, the petitioner must establish that

20    "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have

21    been resolved in a different manner or that the issues presented were 'adequate to deserve

22    encouragement to proceed further.'"  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting

23    *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).

24        In the present case, the Court finds that Petitioner has not made the required substantial

25    showing of the denial of a constitutional right to justify the issuance of a certificate of

26    appealability.  Reasonable jurists would not find the Court's determination that Petitioner is not

27    entitled to federal habeas corpus relief debatable, wrong, or deserving of encouragement to

28    proceed further.  Thus, the Court DECLINES to issue a certificate of appealability.

2

1  Accordingly, the Court orders as follows:

2  1.  The Findings and Recommendations, filed April 12, 2022 (Doc. No. 17), is

3  ADOPTED IN FULL;

4  2.  The petition for writ of habeas corpus is DENIED WITH PREJUDICE;

5  3.  The Clerk of Court is directed to ENTER JUDGMENT AND CLOSE THE CASE;

6  and,

7  4.  The Court DECLINES to issue a certificate of appealability.

8

9

10  IT IS SO ORDERED.

11  Dated:   July 15, 2022

SENIOR  DISTRICT  JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3